UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT F. ICEBERG, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF ADMINISTRATIVE HEARINGS, et al., <br><br> Defendants. | CASE NO. C20-0742-RSM <br><br> ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 18) is GRANTED.  The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 29th day of October, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
PAGE - 1