**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| SCOTT FRANCIS ICEBERG,<br><br>               Plaintiff,<br><br>    v.<br><br>OFFICE OF ADMINISTRATIVE HEARINGS, JOHNETTE SULLIVAN, in her official capacity,<br><br>               Defendants. | NO.  2:20-cv-00742-RSM<br><br>ORDER OF DISMISSAL |

    BE IT REMEMBERED on this day there was presented to the Court a Stipulation of Voluntary Dismissal with Prejudice filed by Plaintiff SCOTT FRANCIS ICEBERG, *pro se* ("Plaintiff"), and Defendants OFFICE OF ADMINISTRATIVE HEARINGS and JOHNETTE SULLIVAN, in her official capacity ("Defendants") in the above referenced action, and after consideration of the same, the Court enters the following orders:

    IT IS ORDERED that Plaintiff's motion for service by U.S. Marshal (Dkt. #25) is DENIED as MOOT and the Stipulation of Voluntary Dismissal with Prejudice (Dkt. #26) is GRANTED in all respects and Plaintiff's claims against Defendants in this action are hereby DISMISSED with prejudice.

    DATED this 4th day of January, 2021.

                                                         RICARDO S. MARTINEZ
                                                         CHIEF UNITED STATES DISTRICT JUDGE